UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | No. 2:15-cv-1057-JAM-EFB P<br><br>ORDER SCREENING COMPLAINT PURSUANT TO 28 U.S.C. §1915A |

      Plaintiff is a state prisoner proceeding pro se in this civil action. He has paid the filing fee. Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b). The court has reviewed the complaint (ECF No. 1) and for the limited purposes of § 1915A screening and liberally construed, finds that it states potentially cognizable claims against all defendants under Title II of the Americans with Disabilities Act and section 504 of the Rehabilitation Act.

/////

1  Accordingly, it is hereby ordered that:

2  1. Pursuant to 28 U.S.C. § 1915A, the complaint states potentially cognizable claims against all defendants under Title II of the Americans with Disabilities Act and section 504 of the Rehabilitation Act.

2. The Clerk of the Court shall issue a summons and new case civil documents.

DATED: June 8, 2015.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2