1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN W. WILLIAMS,                          No.  2:15-cv-1057-JAM-EFB P

12                 Plaintiff,

13        v.                                      ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION, et al.,

16                 Defendants.

17

18        Plaintiff is a state prisoner proceeding pro se in this civil action.  He commenced this

19    action on May 15, 2015 by filing a complaint and paying the filing fee.  ECF No. 1.  On June 9,

20    2015, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found service

21    appropriate for all defendants.  ECF No. 5.  However, plaintiff has not completed service of

22    process notwithstanding having been warned of the requirement to timely complete service.  *See*

23    ECF Nos. 12, 18.

24        On December 7, 2015, the court ordered plaintiff to show cause why this action should not

25    be dismissed for his failure to serve defendants in accordance with Rule 4(m) of the Federal Rules

26    of Civil Procedure.  ECF No. 18; *see also* Fed. R. Civ. P. 4(m) (service of process must be

27    /////

28    /////

                                                 1

1   effected within 120 days of the filing of the complaint unless plaintiff demonstrates good cause).[1]

2   Plaintiff has responded to the order to show cause and renews his previous requests for service of

3   process by the United States Marshal.  ECF Nos. 19, 20.  He also seeks leave to proceed in forma

4   pauperis.  ECF No. 22.

5           Plaintiff's request for leave to proceed in forma paupers is denied because plaintiff has

6   been designated a "three-strikes" litigant pursuant to 28 U.S.C. § 1915(g) and his allegations (*see*

7   ECF No. 1) do not demonstrate that he suffered from an ongoing or imminent danger of serious

8   physical injury at the time he filed his complaint.[2]  *See Williams v. Soto*, No. C 12-3583 YGR

9   (PR), 2014 U.S. Dist. LEXIS 29967 (N.D. Cal. Mar. 7, 2014).

10          However, in an abundance of caution, the court will grant plaintiff another 60 days within

11  which to complete service of process.  Plaintiff is reminded that because he is not proceeding in

12  forma pauperis and there is no apparent need for law enforcement to effect service of process in

13  order to keep the peace, *see* ECF Nos. 12, 16, the court cannot direct the United States Marshal to

14  effect service of process on defendants.  *See* Fed. R. Civ. P 4(c)(3).

15          Accordingly, plaintiff's requests for leave to proceed in forma pauperis and for the United

16  States Marshal to effect service of process (ECF Nos. 20, 22) are denied.  Plaintiff is again

17  cautioned that failure to timely accomplish service will result in a recommendation that this

18  action be dismissed.

19          So ordered.

20  DATED:   June 7, 2016.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

21

22

23

---

24          [1] The court notes that Rule 4(m) has since been amended to allow for only 90 days to
    effect service of process.

25

26          [2] Pursuant to 28 U.S.C. § 1915(g), a prisoner may not proceed in forma pauperis "if the
    prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought
27  an action or appeal in a court of the United States that was dismissed on the grounds that it is
    frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner
28  is under imminent danger of serious physical injury."

                                                    2